PROB 12C
(7/93)

Report Date: April 1, 2010

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricardo Ramos-Tadeo         Case Number: 2:07CR06042-001

Address of Offender: Incarcerated at Benton County Jail, Kennewick, WA

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 02/07/2008

| | | |
|---|---|---|
| Original Offense: | Alien in United States After Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 24 Months; TSR - 12 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Shawn N. Anderson | Date Supervision Commenced: 06/09/2009 |
| Defense Attorney: | Kelly A. Canary | Date Supervision Expires: 06/08/2010 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

   1        **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

           **Supporting Evidence**: The defendant illegally reentered the United States without permission on or about March 20, 2010.

           Information received from the U.S. Immigration and Customs Enforcement, indicates the defendant was deported to Mexico on June 9, 2009, at San Ysidro, California, and has not obtained legal permission to reenter the United States.

           It is unknown at this time if the defendant will be facing formal charges in this matter.

   2        **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

           **Supporting Evidence**: On March 20, 2010, the defendant under the alias Roberto Lopez Ramos, was arrested by the Pasco Police Department in Pasco, Washington, for driving under the influence, Pasco Municipal Court case number C00035561.

**Prob12C**
**Re:  Ramos-Tadeo, Ricardo**
**April 2, 2010**
**Page 2**

The police report has been requested, however, it has not been received.

On March 22, 2010, the defendant appeared for arraignment at the Pasco Municipal Court, regarding the above case number.  The defendant was sentenced to 365 days jail, with 363 days suspended, credit for 2 days served; 5 years probation and $1,700 for fines and legal financial obligations.

3          **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On March 20, 2010, the defendant under the alias Roberto Lopez Ramos, was arrested by the Pasco Police Department in Pasco, Washington, for resisting arrest, Pasco Municipal Court case number C00035562.

The police report has been requested, however, it has not been received.

On March 22, 2010, the defendant appeared for arraignment at the Pasco Municipal Court, regarding the above case number.  The defendant was sentenced to 10 days jail, and a $500 fine.

4          **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On March 20, 2010, the defendant under the alias Roberto Lopez Ramos, was cited by the Pasco Police Department in Pasco, Washington, for count 1: unsafe or improper backing and count 2: operating a motor vehicle without insurance

It appears the matter is pending in the Pasco Municipal Court, case N00075528.

In addition, on March 20, 2010, the defendant was arrested for count 1: vehicle operator refuse to comply with police and count 2: third degree driving while license suspended.

On March 22, 2010, the defendant appeared for arraignment at the Pasco Municipal Court, and both counts were dismissed.

Prob12C
**Re: Ramos-Tadeo, Ricardo**
**April 2, 2010**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/02/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

*s/ Fred Van Sickle*

Signature of Judicial Officer

April 5, 2010

Date